| In re: | Case No. 24-30372-SHB |
|---|---|
| Adam Ray Cox | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| District/off: 0649-3 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jun 11, 2024 | Form ID: 318 | Total Noticed: 33 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 13, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| 13631611 | | Advance America, 868 Oak Ridge Turnpike, Lenoir City, TN 37771 |
| 13631613 | | Anesthesia Medical Alliance, 501 20th Street, Ste 606, Knoxville, TN 37916-1863 |
| 13631616 | | Cherokee Health Systems, PO Box 306266, Nashville, TN 37230-6266 |
| 13631617 | + | Clinton Family Physicians, 1400 Centerpoint Blvd, BLDGA Ste 202, Knoxville, TN 37932-1979 |
| 13631619 | + | East Tn Community Open MRI, 2240 Sutherland Ave, Suite 107, Knoxville, TN 37919-2333 |
| 13631621 | + | Gastrointerinal Assoc, PO Box 59002, Knoxville, TN 37950-9002 |
| 13631623 | + | Knox County General Sessions Court, 400 Main St., Knoxville, TN 37902-2409 |
| 13631624 | + | Mercy Medical Center, PO Box 1512, Knoxville, TN 37901-1512 |
| 13631627 | + | Ortho Tenn, PO Box 23039, Knoxville, TN 37933-1039 |
| 13631631 | + | RMB, 409 Bearden Park Cir, Knoxville, TN 37919-7448 |
| 13631630 | + | Ridgeview Psychiatric Hosptial, 240 W. Tyrone Rd, Oak Ridge, TN 37830-6571 |
| 13631633 | + | Security Finance, 2039 N Broadway, Knoxville, TN 37917-5808 |
| 13631634 | + | Tennova, 1420 Center Point Blvd, Knoxville, TN 37932-1960 |
| 13631637 | + | UT Medical Center, PO Box 32749, Knoxville, TN 37930-2749 |
| 13631638 | + | UT Medical Center, PO Box 51388, Knoxville, TN 37950-1388 |

TOTAL: 15

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| db | + | Email/PDF: adamcox638@yahoo.com | Jun 11 2024 19:48:00 | Adam Ray Cox, 600 Carroll Hollow Rd, Clinton, TN 37716-5704 |
| cr | + | Email/Text: Bankruptcy@ornlfcu.com | Jun 11 2024 19:49:00 | Y-12 Federal Credit Union, c/o Jason L. Rogers, P.O. Box 869, Knoxville, TN 37901-0869 |
| 13631610 | + | Email/Text: ssams@arcrad.org | Jun 11 2024 19:50:00 | Abercrombie Radiology, PO Box 3010, Knoxville, TN 37927-3010 |
| 13631612 | + | Email/Text: bankruptcy@af247.com | Jun 11 2024 19:50:00 | Advance Financial, 100 Oceanside Dr, Nashville, TN 37204-2351 |
| 13631615 | | Email/Text: bankruptcy@cashtn.com | Jun 11 2024 19:49:00 | Cash Express, 345 South Jefferon, #300, Cookeville, TN 38501 |
| 13631614 | | EDI: CAPITALONE.COM | Jun 11 2024 23:45:00 | Capital One, PO Box 85617, Richmond, VA 23285-5617 |
| 13631618 | + | Email/PDF: creditonebknotifications@resurgent.com | Jun 11 2024 20:00:07 | Credit One, PO Box 98873, Las Vegas, NV 89193-8873 |
| 13631620 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Jun 11 2024 19:49:00 | Fortiva, The Queen Building, Parkway #300, 5 Concourse, Atlanta, GA 30328-5350 |
| 13631622 | | EDI: IRS.COM | Jun 11 2024 23:45:00 | Internal Revenue Service, Centralized Insolvency Operation, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 13631625 | + | Email/Text: kbosbank@covhlth.com | Jun 11 2024 19:49:00 | Methodist Medical Center, 990 Oak Ridge |

| | | | | |
|---|---|---|---|---|
| 13631626 | + | Email/Text: hroberts@nfc1billing.com | | Turnpike, Oak Ridge, TN 37830-6942 |
| | | | Jun 11 2024 19:49:00 | National Fitness Center, PO Box 5376, Knoxville, TN 37928-0376 |
| 13631628 | ^ | MEBN | | |
| | | | Jun 11 2024 19:45:59 | Pathgroup Labs LLC, PO Box 740858, Cincinnati, OH 45274-0858 |
| 13631629 | | Email/Text: bankruptcy@republicfinance.com | | |
| | | | Jun 11 2024 19:50:00 | Republic Finance, 992 East Emory Rd, Knoxville, TN 37938 |
| 13631632 | ^ | MEBN | | |
| | | | Jun 11 2024 19:45:11 | SE Emergency Physicians, PO Box 740023, Cincinnati, OH 45274-0023 |
| 13631635 | + | Email/Text: dcanady@canadylegal.com | | |
| | | | Jun 11 2024 19:49:00 | Terry J. Canady, Esq., 223 Madison St, Suite 205, Madison, TN 37115-3663 |
| 13631636 | + | Email/Text: jpinkerton@utrad.com | | |
| | | | Jun 11 2024 19:50:00 | University Radiologist PC, PO Box 11167, Knoxville, TN 37939-1167 |
| 13645989 | + | Email/Text: legal@y12fcu.org | | |
| | | | Jun 11 2024 19:49:00 | Y-12 Federal Credit Union, P. O. Box 2512, Oak Ridge, TN 37831-2512 |
| 13631639 | + | Email/Text: legal@y12fcu.org | | |
| | | | Jun 11 2024 19:49:00 | Y-12 Federal Credit Union, 501 LaFayette Drive, Oak Ridge, TN 37830-7909 |

TOTAL: 18

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 13, 2024        Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 11, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Ann Mostoller | bdavis@msw-law.com  bdavis@msw-law.com,tn17@ecfcbis.com |
| Brent S. Snyder | on behalf of Debtor Adam Ray Cox brentsnyder77@gmail.com |
| Jason L. Rogers | on behalf of Creditor Y-12 Federal Credit Union jrogers@hdclaw.com  ROgle@hdclaw.com |
| United States Trustee | Ustpregion08.kx.ecf@usdoj.gov |

TOTAL: 4

| | | |
|---|---|---|
| Debtor 1 | **Adam Ray Cox**  <br>First Name   Middle Name   Last Name | Social Security number or ITIN  xxx–xx–8460  <br>EIN  \_ \_–\_ \_ \_ \_ \_ \_ \_ |
| Debtor 2  <br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  \_ \_ \_ \_  <br>EIN  \_ \_–\_ \_ \_ \_ \_ \_ \_ |
| United States Bankruptcy Court | Eastern District of Tennessee | |
| Case number: | 3:24–bk–30372–SHB | |

# Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Adam Ray Cox  
fdba Atoms Express

6/11/24

**By the court:**  Suzanne H. Bauknight  
United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**